UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| Rehab.com, LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>Daniel Velez,<br>Luis Silva, and<br>Kyle Rice.<br><br>    *Defendants.* | Case No. 1:23-cv-01592 |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

The Parties have resolved their dispute, and pursuant to a confidential settlement agreement and Fed. R. Civ. P. 41(a)(1)(i), Plaintiff Rehab.com, LLC agrees to dismiss its Complaint against Defendants Daniel Velez, Luis Silva, and Kyle Rice with prejudice.

WHEREFORE, Plaintiff requests that the Court enters a final order of dismissal with prejudice, as to all outstanding claims in the above-styled case.

    Respectfully submitted,

Dated: June 28, 2023

    */s/ Adam B. Abelson*    .
    Adam B. Abelson (D. Md. Bar No. 29532)
    M Moore (*pro hac vice*)
    ZUCKERMAN SPAEDER LLP
    100 East Pratt Street - Suite 2440
    Baltimore, Maryland 21202
    Tel. No: (410) 332–0444
    Fax No: (410) 659–0436
    aabelson@zuckerman.com
    *Counsel for Plaintiff Rehab.com*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

Rehab.com, LLC,

    *Plaintiff*,

v.

Daniel Velez,
Luis Silva, and
Kyle Rice,

    *Defendants*.

Case No. 1:23-cv-01592

**[PROPOSED]**

**ORDER OF DISMISSAL**

THIS CAUSE having come before the Court on the Stipulation of Voluntary Dismissal with Prejudice of all pending claims, it is hereby

ORDERED AND ADJUDGED that all pending claims against Defendants in the above-styled cause be, and the same are, hereby dismissed with prejudice, with each party to bear its own costs and fees.

DONE AND ORDERED this _____ day of _____, 2023.

_____
Judge, United States District Court for the District of Maryland

Copies furnished to all counsel of record via CM/ECFp

8782517.1